## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.   4:22-CR-55 RLW/PLC |
| | ) |
| **JARED M. DIEHL,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter is before the court on Defendant's first motion for extension of time to file pre-trial motions [Doc. 15].

For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for an effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, see 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A).  Therefore, the time granted to Defendant to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's first motion for extension of time to file pre-trial motions [Doc. 15] is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that Defendant shall have until June 21, 2022, to file any pretrial motions or waiver of motions.  The Government shall have until July 5, 2022, to respond.

**IT IS FURTHER ORDERED** that an Evidentiary Hearing, if necessary, will be set at a later time.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of May, 2022