**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 4:22-CR-55 RLW |
| ) | |
| JARED M. DIEHL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the trial setting of September 12, 2022, is VACATED.

**IT IS FURTHER ORDERED** that a change of plea hearing in this matter is set for **Wednesday, September 7, 2022**, at **11:30 a.m.** in **Courtroom 10-South**.

**IT IS FURTHER ORDERED** that the Government shall email the sealed plea supplement to chambers well before the hearing date.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 8th day of August, 2022.