UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:22-CR-55 RLW/PLC |
| JARED M. DIEHL, | ) |
| Defendant. | ) |

### ORDER REGARDING WAIVER OF PRETRIAL MOTIONS AND TRIAL SETTING

This matter is before the Court following Defendant's filing of a "Waiver of Pretrial Motions" [Doc. 19]. Through counsel, Defendant states that "there are no further issues that the Defendant wishes to raise by way of pretrial motion." In addition, counsel represents that he has discussed the waiver of pretrial motions with Defendant and he concurs.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is set for a change of plea on September 7, 2022 at 11:30 a.m. before the Honorable Ronnie L. White, United States District Judge.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of August, 2022.