**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )   |   |
| )   |   |
| Plaintiff, )   |   |
| )   |   |
| v. )   | No. 4:22-CR-55 RLW |
| )   |   |
| JARED M. DIEHL, )   |   |
| )   |   |
| Defendant. )   |   |

**ORDER**

**IT IS HEREBY ORDERED** that the change of plea hearing as to Defendant Jared M. Diehl set for **Wednesday, September 7, 2022**, at 11:30 a.m. in Courtroom 10-South is **reset** to **11:00 a.m.**  This is a time change only.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 1st day of September, 2022.