UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

**FILED**
SEP - 7 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       **WAIVER OF INDICTMENT**

JARED M. DIEHL,                     CASE NUMBER: S1-4:22-CR-00055-RLW

    Defendant.

I, JARED M. DIEHL, the above-named defendant, who is accused of Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on the ___7___ day of ~~August~~ *so sorry*, 2022, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
JARED M. DIEHL,
Defendant

_____
JOSEPH FLEES
*Counsel for Defendant*

Before _____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE