# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-CR-55 RLW |
| ) | |
| JARED M. DIEHL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that sentencing as to Defendant Jared M. Diehl is set for **Thursday, December 8, 2022**, at **10:00 a.m.** in **Courtroom 10-South**.

**IT IS FURTHER ORDERED** that the deadline for filing objections, if any, to the Presentence Report is **Thursday, November 17, 2022**.

**IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of the Court. A Motion for Leave to file objections out of time stating supporting reasons must be filed and the proposed late objections must be filed as an attachment to the Motion for Leave.

**IT IS FURTHER ORDERED** that the parties shall inform the Court in writing, not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.

**IT IS FINALLY ORDERED** that the parties must file any sentencing memoranda no later than seven (7) days before the sentencing date, except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 7th day of September, 2022.