**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-CR-55 RLW |
| ) | |
| JARED M. DIEHL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On the Court's own motion,

**IT IS HEREBY ORDERED** that Defendant's sentencing on December 8, 2022 is VACATED.

**IT IS FURTHER ORDERED** that Defendant Jared M. Diehl's sentencing is **rescheduled** to **Wednesday, December 14, 2022**, at **10:00 a.m.**, in **Courtroom 10-South**, and any objections to the Presentence Report must be filed by **Wednesday, December 7, 2022**.

**IT IS FURTHER ORDERED** that the remaining provisions of the Court's Order of September 7, 2022 remain in full force and effect with respect to the new sentencing date.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 27th day of September, 2022.