UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4: 22 CR 55 RLW |
| | ) | |
| | ) | |
| JARED MICHAEL DIEHL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER MODIFYING CONDITIONS OF RELEASE

There being no objection by the Pretrial Services Office or the United States Attorney,

**IT IS HEREBY ORDERED** that the motion of defendant JARED MICHAEL DIEHL to amend his conditions of release **[Doc. 33] is sustained**, in that: Defendant's conditions of release are modified to require location monitoring with curfew that is set by the Pretrial Services Office as needed to accommodate the Pretrial Service Office needs and defendant's work schedule.

                                              /S/   David D. Noce
                                     **UNITED STATES MAGISTRATE JUDGE**

Signed on September 27, 2022.