UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22 CR 55 RLW ) ) |
| JARED M. DIEHL, | ) ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S STATEMENT**
**REGARDING THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW the United States of America and states that the Government Accepts the Presentence Investigation Report.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s Jillian S. Anderson*
JILLIAN S. ANDERSON, #53918MO
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 10, 2022, a copy of the above was served via this Court's electronic filing system and emailed to all counsel of record.

*/s Jillian S. Anderson*
JILLIAN S. ANDERSON, #53918MO
Assistant United States Attorney