# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Cause No. 4:22-CR-00055 RLW |
| v. | ) |
| JARED MICHAEL DIEHL, | ) |
| Defendant. | ) |

## STATEMENT OF THE DEFENDANT REGARDING PRESENTENCE REPORT

Comes now the Defendant Jared Diehl, by counsel, and advises the Court that the Defendant **accepts and has no objection** to the Presentence Investigation Report. Doc. #36. A copy of this statement will be provided to the Probation Officer and served on the Government by electronic filing.

Respectfully submitted,

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.

By */s/ Joseph W. Flees*
JOSEPH W. FLEES (#60872MO)
Counsel for Defendant
7710 Carondelet Avenue, Suite 350
Clayton, Missouri 63105
(314) 725-7777
jflees@fjrdefense.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Jillian Anderson
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

> */s/ Joseph W. Flees*
> JOSEPH W. FLEES