10/31/2022

To The Honorable Ronnie White,

    I stand before you with great humility as I must face what I have done and the severe consequences of my actions. I do not want to minimize what I have done and the laws I have violated, but I like the court to know that this came from curiosity and pornography addiction, not from any desire to harm children. I did not appreciate the harmfulness of my actions at the time, and I now understand the harm viewing these images causes to the victims and myself. I know it looks like I must be a collector of child pornography, given the number of images on my computer; however, this was not a daily problem but something I did on a few occasions. I downloaded several large caches of files without fully knowing what would be on those files. I attempted to delete those files; it is disgusting to think I even looked at them.

    I also hope the court can consider my youth, as I had just turned 21 in 2017 when I first discovered the material. This experience has been a huge wake-up call for me to examine my life and actions. I have participated voluntarily in psychotherapy to address my viewing of pornography which began in my middle school years. It has been painful but vital to learn about sexual addiction, the compulsion to view pornography, and legal and illegal pornography. I recognize now that I can never view any such images again, nor do I want to.

    I am a different person today, with more maturity and self-awareness. I hope the court can show me mercy when I have difficulty forgiving myself. I have hurt my family, community, and people who believed in me. I now see that the people coerced into making those illegal

Ex. 2

images were also deeply hurt by having to participate and knowing that others were viewing them at their most humiliating moment.

I know that the consequences of my actions will follow me for the rest of my life. I never saw my life as easy, but I developed some pride in myself when I completed my college degree in computer science and especially when I obtained my first job in that field as a software engineer. I know I will never be able to work in that field again with my felony conviction, and I must accept that consequence.

I hope that you will be able to take into consideration the multiple factors that have impacted me and that are part of my offense when seeking a just and fair sentence for my actions. I cannot express enough my genuine contrition and sorrow over my actions and the many people it has potentially impacted. I am hoping for a chance to re-enter the community and rebuild my life.

Sincerely yours,

*[signature]*

Jared Diehl

Ex. 2