Felicia Ingram
7259 Gadwall Way
O'Fallon, MO 63368
314-401-4532
fringram2017@gmail.com

November 27, 2022

To The Honorable Ronnie White, District Court Judge,

     I am writing this letter on behalf of my oldest son, Jared Diehl. He is exceptionally loving, caring, bright, and motivated in everything he has accomplished. He enjoys challenges regarding his interests, such as computer programming and Rubik's speed-solving. He has two younger brothers, one of whom is in college now, and he discusses math ideas since he enjoys it so much. He encouraged his younger brother, Austin, to study at LaunchCode to learn about computer programming, who is also interested in the same degree. His youngest brother, Kyle, also plans to start college in the spring. Both younger brothers aim to get a college education since they have seen Jared's success after graduating.

     Jared recognized the importance of getting a college degree for a successful future. He is very proud of himself for completing his Bachelor of Computer Science with a 4.0 GPA from UMSL. Jared was proud to have his student loans paid off within 12 months of graduation. He put in hard work every day, including weekends, to reach his goals. Jared also completed LaunchCode training to learn about computer programming and meet other developers. He has always had a strong work ethic to get ahead and help other students in his classes. Jared regularly stayed late on campus to study longer. He received several scholarships from UMSL and recommendations from professors. One of his professors asked Jared to perform part-time work to support other students in learning about operating systems. He has a never-ending desire to learn new things, including discussions of going back to college to complete his Masters's degree.

     When Jared sets a goal, he always works hard to complete it. In high school, he began to learn about computer programming and discovered enjoyment in it, and his love for math and problem-solving made it possible. His goal was to find a future in computer programming since he found success in it. His motivation amazed me. I am incredibly proud of his accomplishments, including graduating with Summa Cum Laude honors in the Spring of 2021. Once he graduated, he felt he was one step closer to starting his career.

     Jared loved college compared to high school. In college, he successfully made friends with the same interests and found success. He was always respectful and well-behaved in school. Jared had difficulties in high school due to his social anxiety, depression, and ADHD. He was quiet and to himself in middle school and high school. Jared received help from several sources during high school: his family, counselors, and school through an Individual Education Plan, Crider Behavioral Health, and FACT (Partnership with Families). During high school, he received homebound instruction; during college, he received support from the State of Missouri

Ex. 4

Vocational Rehabilitation. Jared is on the Autism spectrum with behaviors of Asperger's syndrome. He made a significant change in direction from high school to college.

During Jared's elementary school years, he played several sports, including t-ball, baseball, roller hockey, and soccer. He enjoyed playing the guitar, skateboarding, drawing, painting, and legos. Today he spends much of his free time playing Chess and speed-solving the Rubik's Cube in as little as 10 seconds. At age 18, he started learning to solve the Rubik's cube and attended several national competitions. We used to go to the pool often so he could practice his goal of breaking the world record in solving the most 3x3 cubes underwater while holding his breath. He accomplished twelve cubes underwater. Jared enjoyed hosting and organizing two Rubik's Cube speed competitions at St. Charles Community College. He enjoys being competitive with others. He is close to his two younger brothers and enjoys spending time with his dogs.

Once Jared started college, he got his first job at McDonald's and later worked for Walmart and Kohl's. He subsequently completed an internship with Accenture and an apprenticeship with True Manufacturing, which he later transitioned to full-time employment. After graduating college, Jared found his first meaningful job at Infoscitex as a Software Engineer. He was very proud to find employment which was the result of his college education. Jared displayed a strong work ethic by going in early and staying late. As his mother, I feel he has enormous potential and wants to be a productive member of society. Since his indictment, he has worked the night shift at an Amazon warehouse.

As his mother, I acknowledge the crime that has brought Jared to the current situation. He has expressed remorse and shame for what he did. I am fully committed to providing any support he needs for his future and will make myself available. Thank you for your time and consideration.


Sincerely,

*Felicia A. Ingram*

Felicia A Ingram

Ex. 4