Austin Diehl
7259 Gadwall Way
O'Fallon, MO 63368

December 4, 2022

To The Honorable Ronnie White, District Court Judge,

  I am Austin, one of Jared's younger brothers by four years. While growing up, Jared has been enjoyable to look up to and be around. He introduced me to many things that I now cherish and have advanced with, such as but not limited to; education, financial freedom, and future career endeavors.

  After graduating high school, I was still determining whether I wanted to pursue further education or enter the workforce, working full-time and advancing in a business at the entry level versus higher educated positions. Since my parents have not gone on to higher education, Jared was the only one with good experience for me to have a consultation with as he was currently pursuing a bachelor's degree and getting jobs with said education experience. After talking and researching with Jared, he helped me figure out that college was my next step. Jared has a passion for education. A common phrase he says to me is that "the more you learn, the more you realize how much you do not know," which perplexed me initially, but now I understand what he sees in learning. In addition, Jared frequently checks in with me about how classes are going, especially math. Since the start of my college career to now, Jared has helped me. He continues to lend a hand to assist me with understanding the coursework outside of lecture and professor office hours, specifically calculus-related courses. I appreciate his willingness to help me succeed and understand the material.

  Jared's determination regarding school was passionate. It seemed that education or the learning process always held a positive attraction towards him, like a magnet to metal. Throughout his college education and my graduation from high school, being my only older brother, he paved many possible paths on how I should structure and progress into the future. Due to Jared's experience, math wasn't the strongest it seemed while growing up in education. However, after he pursued math further, taking on the challenge, he felt more interested in engineering. I believe this engineering brain of his started as a kid, building Legos all the time. After hearing about his studies with math throughout his college career, starting from beginning algebra to successfully completing many math-intensive courses such as trigonometry and calculus, he proudly earned a Bachelor of Science in Computer Science with a 4.0 grade point average with a minor in Mathematics. Countless times I would attempt to talk to him, see him busy studying for an assignment or exam by staying at school all day, participating with professors, and the occasional all-nighter; staying up to learn to the point determination was being redefined to me.

  While growing up, Jared's interest in Computer Science came to fruition when he played a video game called Minecraft, a three-dimensional survival sandbox game. After playing that game for some time, he learned it was developed in a programming language called Java. He decided Java was a good starting point to learn how to program, looking at the Minecraft source code to attempt to understand it while also learning Java concepts from videos on YouTube. After understanding the non-obfuscated Minecraft source code, he could recreate certain game concepts in his native program. After that point, it seemed it was his career of choice to pursue. A big selling point was being able to engineer solutions to solve problems. After graduating from college and having job experience, Jared is well qualified to advertise the problem-solver skill.

  Furthermore, Jared applied and was accepted into a non-profit organization's educational and job skill readiness program called LaunchCode. Jared learned about many in-demand programming

Ex. 5

languages, tools, and job readiness skills from a two-part program launched by LaunchCode called LC101 and Liftoff. I know this because of how much he talked about how amazing it was to the point I was interested in it, applying to the program myself and being accepted many years later. Jared was interested in taking the initiative to become a teaching assistant for the program in an upcoming semester just after I finished my first few classes. That is how I believe Jared was thinking of others, a way of saying thanks to LaunchCode for offering him the opportunity in the program and wanting to help the next generation of tech talent since he was in their shoes before. He understood the challenge ahead of them, wanting to support them just like his teaching assistants at the time did for him. I also want to become a teaching assistant, and hopefully, Jared could join me when that day comes.

After learning about basic investing in high school, I understood to a certain extent the many options for saving money and planning for the future; however, I wanted to learn more. Bewildered to me, one day, I was attempting to learn more about this, I brought this up with Jared, and he explained that he has been doing the same thing. We discussed the many paths I could take, saving money, investing in the stock market, and 401k. Without Jared, I wouldn't have understood this expensive topic as simple, including determining between a good and bad investment.

A big thing between Jared and me is space. He enjoys talking about the progress in everything space. A prominent person in this industry is Elon Musk. Jared adores what SpaceX has been doing, as well as Tesla, where Elon heads both companies to advance society for the better. He believes advancement in space is the next significant step forward for humanity as it is one front where all countries can get behind to work together for future generations.

Another passion for Jared is cubing. I have not personally gone to any competitions, competing or hosting, but it is one of his favorite things in the universe. He has talked to me about how the competitions go, which always puts a smile on his face. Finding a passion and pursuing further with others is an achievement, and one of his passions is cubing. After knowing him my whole life, I know he is not precisely extroverted, with issues with anxiety growing up. I was astonished at how he could host a competition, especially with the number of participants, needing an area to hold participants and funding. As it's a passion, he was able to join his community college's student government, landing funding and needed space at the school for the competition. His interest in this resulted in him overcoming his anxiety to the extent of meeting others that enjoy the same thing as him and wanting to learn more about cubing.

In conclusion, Jared is a caring, passionate, bright older brother that I do not deserve. I cherish the moments with each other, including playing video games, going to the movie theater, and watching movies on opening night, as it always has the best fans in the audience. We also enjoy discussing space, technology, and how college is going, and always daring me to try a hot Carolina Reaper pepper, rated in the millions on the Scoville scale.

Jared has so much potential to offer; I will be by Jared's side in the future and beyond. Thank you for your time and consideration.


Sincerely,

Austin Diehl

Ex. 5