Kyle Diehl<br>
7259 GadwallWay<br>
O'Fallon, MO 63368<br>
636-426-9033

November 20, 2022

To The Honorable Ronnie White,

    I am writing this letter on behalf of my oldest brother Jared Diehl, who is six years older.  Jared is a talented, kind-hearted, hard-working, and respectful person.  I was happy to see Jared graduate college with a bachelor's degree in Computer Science from UMSL with honors in May 2021.  He spent much time during his college years focused on school.  When he was not working or at college, I frequently saw him studying, working on projects, and learning more about computer programming.

    Jared and I enjoyed being competitive growing up, playing sports and games.  I look forward to Jared's continued support and advice as I start at St. Charles Community College this spring.  He has encouraged me to get a college education to acquire skills for the future.

    I look to providing support for Jared in the future.  Thank you for your time and consideration.


Sincerely,

Kyle Diehl


**Ex. 6**