Robin Ingram
7259 Gadwall Way
O'Fallon, MO 63368
314-600-8164
fringram2017@gmail.com

November 10, 2022

To The Honorable Ronnie White, District Court Judge,

I am writing this letter on behalf of Jared Diehl, my stepson. I met Jared more than six years ago. When I met him, he was in college, and I can say that at that time, he stayed more to himself studying. I knew he always wanted that perfect score, being he was to himself and studied the way he did. Seven years later, he graduated Summa Cum Laude and was top of his class with a Bachelor's in Computer Science and a minor in Math. He landed a job in his field of study and loved it but had to resign due to unforeseen circumstances.

His mother and I used to drive him to several states for Rubik's Cube speed competitions as he placed in each one of them. He is a master at solving the Rubik's Cube and can even solve several blindfolded and underwater. He owns numerous of them and loves challenging himself to solve them differently. He was successful in establishing a Cube competition at his college twice.

Jared loves his family and enjoys it when we all get together and have family night. We cook big meals, eat together and sometimes watch movies or play board games. I feel Jared is a firm believer in God and walks fiercely in his faith. I am proud to call Jared my son; from day one, he welcomed me with open arms.

Several years ago, when I was hospitalized, Jared was one of my first visitors. He held my hands and was sincerely concerned for me. Jared is not a people person and is more to himself. He spends most of his time relaxing and getting ready for the next week at work. Jared does not like small talk but enjoys conversations on things that interest him, including Tesla, SpaceX, and computer programming.

I am super proud of the man he is and the things he sets forth to do and accomplishes. He is a hard worker, brother, and son. Jared is a lovely young man; motivation is nothing new to him. If Jared really likes something, he puts forth all the effort in the world to accomplish it at the highest of his ability. Jared loves being successful, on top of challenges and beating the challenges at best. He is humble, kind, and trustworthy. We all love him very much. Thank you for your time and consideration.

Sincerely,

*Robin Ingram*

Robin Ingram

**Ex. 7**