Jamie Dodson

723 Benelli Court

Grovetown, GA 30813

31 October 2022

RE: Jared Diehl

To: The Honorable Judge Ronnie White

My name is Jamie Dodson, I am a dental assistant as well as served eight years in the United States Army. I am writing this letter on behalf of my step brother, Jared Diehl. I have known the defendant for six years and during the six years I have had the opportunity to get to know Jared personally and intellectually. While he was in college, Jared and I would discuss his papers where I would give my opinion on what he had finished. He showed in depth knowledge and drive for the career he was pursuing in IT as well as always driven to be a top academic performer. At one point, while living at Buckley Space Force Base, Colorado, after his graduation, I invited Jared to live with us so that he could pursue his career on the military base, however, he was already in contact with someone locally that presented him with a good offer.

Jared has always been very compassionate towards myself and my children. While visiting in June of 2017 for our mother's wedding, Jared taught my children, his niece and nephew, ages four and seven at the time, how to solve a rubik's cube, and since that day, my children are still very motivated to learn. We had a very memorable weekend, where he also helped teach my children how to do tricks in the pool. In 2018, my son, eight years old at the time, went to stay

**Ex. 8**

with my Mother for a week during the summer. During his stay, he loved spending time with his Uncle's. Jared continued teaching my son how to solve rubik's cubes and my son was astounded that Jared could solve the cube while holding his breath underwater wearing a blindfold.

I can confirm in the six years I have known Jared Diehl, he has always been a trustworthy, kind and respectable gentleman. While I may not live locally, to help support the family physically during this time, I am always there for moral support and a phone call away if Jared was to ever need me.

Yours Faithfully,

Jamie Dodson