Mr. and Mrs. Larry Diehl
245 Burning Leaf Drive
St. Peters, MO 63376
636-441-2039
lsdiehl@charter.net

November 7, 2022

To The Honorable Ronnie White, District Court Judge,

Jared is our first grandson born June 26, 1996.  What an exciting event for our family.  Jared grew fast and attended school in the Fort Zumwalt School District in O'Fallon MO.  Jared was always a loving grandson to us and the whole family.  He was a good student in grade school. He participated in roller hockey where we attended his games.  In school he wrote a biography of his grandmother's life which I will always cherish from him.  Jared attended Fort Zumwalt West High School and graduated in June 2005.  Jared participated in many Rubik's Cube speed cubing competitions.  Jared later attended St. Charles Community College to complete general courses.   He also participated in Launch Code for a computer programming boot camp.  During college he had several internships and received several scholarships. After completing St. Charles Community College, he transferred to UMSL where he graduated Suma Cum Laude in June of 2021.  Jared was always well focused on his career goals and worked toward them.  He has had good family support from his family.  We are very proud of Jared as our grandson and thankful he is successful.


Sincerely,

Mr. and Mrs. Larry Diehl

Ex. 9