Honorable Ronnie White, District Court Judge,

I am Tim Diehl, an Electrical Engineer at Bayer Crop Science and I am Jared Diehl's uncle on his father's side.  I have known Jared his entire life and attended his Baptism.

I have a good relationship with Jared, especially over the last few years as he was finishing his bachelor's degree at UMSL, where I attended.  He chose a similar major (Computer Science) to mine (Electrical Engineering) and we had many discussions about technical topics and various small projects we would like to work on together.  I wanted to work with him on a robotic rubix cube solver.  He would always bring a cube of some shape to family events and almost mindlessly solve without much effort.  I wanted to focus that problem solving to give him a project to show to prospective employers when he graduated.  I thought it would also be a unique show piece to the cube solving competition he organized a few years ago.  He was always very curious about some aspects of math or science.  I was quite proud when he graduated and started at this first job.  He has a lot a potential to harness and focus.

I did speak to Jared about the images he downloaded.  I didn't want to know specifics, but I asked him if he knew this was wrong.  He did understand how harmful these were, the harm it does to all involved, he expressed deep regret to how all of this has affected his family.  He said he would never have done it if he understood the magnitude of his actions.

A light bulb went on in his head when I mentioned, as Christians, we are forgiven, but there are consequences to sin that we must pay.  He never denied the harm this has caused.

He apologized to me and expressed deep regret to the entire family.  He understands and regrets the turmoil he has caused to his father and brothers.

I look forward to helping him move forward as his uncle and mentor.

Thank you for your time,

Sincerely,

Tim Diehl

**Ex. 10**