To the Honorable Ronnie White,                                              November 7, 2022

I have known Jared M. Diehl since he was born in June of 1996. I am his Aunt, sister of his Dad. I have witnessed first hand his growth and maturity. He is the oldest of three, having two younger brothers and two very supportive parents. Jared has been a soft spoken, very inquisitive and intelligent boy/young man.

As a child, he played soccer and hockey for a bit, and he realized sports weren't his favorite. He liked to skateboard, draw, build legos, learn the guitar and build a computer. He wanted to "figure things out". He did that one time by taking apart his guitar versus playing a song on it. Not exactly what his parents were expecting when they bought him that!

In high school, he found a love of the Rubik's Cube. He excelled at it and not only the 3x3 cube but the other sizes/styles as well.  At every family gathering, he'd have one in his hand showing off his new skills. Having never completed a Rubik's cube myself, I was very impressed and proud. He found a cool hobby and competed in Rubik's cube competitions around the midwest. Jared, after graduating with his High School Diploma and attending St. Charles Community College, helped manage and lead the College's Rubik's Speed competitions (6/2017 & 1/2018). He had to advertise, judge and be in attendance from open to close for each competition.

Also, during his time at college, he challenged himself to advance in math courses beyond what his Uncle Tim, my brother, completed. Tim cheered him on in this pursuit, and helped answer a few equations and homework questions as well. Tim is an engineer and took many challenging advanced math courses so seeing them bond over "math things" was fun to witness. Jared finished his basics at St. Charles Community College and transferred to University of Missouri-St. Louis to join the Computer Science program.

While in college, he worked at Walmart, McDonald's, and Kohl's. Then,he went on to pursue LaunchCode. He was accepted into the LaunchCode program and completed his training in 2018. With these skills he was able to land his first internship. He completed his Bachelor's Degree in 2021. Unfortunately, he was unable to "walk" for his graduation ceremony because of COVID-19, so we celebrated as a family with a large family dinner hosted by his proud Dad.

Now, I mostly see him at family get-togethers like every other month. What I know about Jared now is, he is a very responsible and mature young man trying to understand this world. He's paid off his student loans and has dreams to own a Tesla sedan and advance in his career in computer science. He enjoys the challenges that his career offers and would like to continue in it.

If you would like any further information, feel free to contact me.

Sincerely,
Stephanie Seifert
314-413-4138

Ex. 11