Dr. Mark Hauschild
1858 Sweet Lake Ct
Chesterfield, Mo.
63017
11/10/22

To the Honorable Ronnie White:

My name is Mark Hauschild and I am an Associate Professor of Computer Science at University of Missouri – St. Louis. I have taught there since 2013. I knew Jared Diehl from approximately 2017 to 2021, first before he was my own student, then later as a student in my class. In addition, I coordinated the CS Computing Club in our department with Jared after he became the student president.

I first met Jared when I went to see some of my students competing in a group programming competition in St. Louis. There were five members in the team, but Jared was clearly the one doing most of the work. Not only was Jared doing most of the work himself, but he was also helping to instruct the other students.

I later saw him in my course on Unix Systems Programming. He was one of the most active students in the class. He was always asking interesting questions. However, again what stuck out to me is how often he was helping other students. Almost any time I would pass our computing lab, I would see Jared working with other students. I joked with him that he was essentially the teaching assistant for the course.

 After this course, he joined the CS Computing Club in our department that I coordinate. He worked with other students in several different programming competitions, always helping them out.  When there would be a programming competition, he would initiate preparing for it. The last year before COVID he was elected as our student president. As the president, he coordinated the meetings with me, but he again was always helping other students, not just for the club. Jared would help students on their project even during club meetings.

What Jared did was wrong. I can only just relate that he was always a positive and helpful presence in all three situations that I saw him in. I hope that one day he will be able to contribute again.

Thank you for considering this letter.

Sincerely,

Mark Hauschild

**Ex. 13**