Marcy Bursac
626 Lewis Street
St. Charles, MO 63301


The Honorable Ronnie White,

In 2017, I met Jared Diehl at St. Louis Community College's Meramec campus. We were both in LaunchCode and sat near the front. Jared had stickers on his laptop keyboard the colors of Rubik's Cube squares and would often bring a Rubik's Cube to class. He was friendly when I asked questions about both his life and sought help on classwork. I remember taking video of Jared solving the Rubik's Cube in under 60 second and my kids being amazed when they watched the replay. They asked for Rubik's Cubes to learn how to be fast like Jared.

Outside of class, I would message Jared when I would get stuck on homework. Jared would always try to help me get unstuck with an eager "We will figure this out." His consistent support helped me believe I would learn this new and challenging skill of writing code.

Fast forward 6 months, we both graduated LaunchCode. Jared had become a friend and someone my family heard me talk about on a regular basis. One Saturday morning, my husband and I invited him to join us at Club Fitness in O'Fallon for a workout. My husband showed Jared how to use the machines and explained how to set a workout schedule. After the workout, we gathered in the parking lot where my children watched Jared solve a Rubik's Cube in under 60 seconds right before their eyes. They were so impressed. They had brought their own Rubik's Cubes and Jared gave them some pointers.

Earlier this year, I set out to build an app and I messaged Jared asking if he'd be open to helping me. His reply was an eager, "Of course." We set a schedule to meet weekly over Zoom after my kids went to bed. During our sessions we launched research, set up my local machine, and committed to homework we would do before the next session.

Seeing each other regularly, I invited Jared to come to church with me. Again, he eagerly replied, "Yes!" He and his dad attended church service with my husband and two children. Afterwards we had lunch at Panera together and talked about the service, school, and my app. Jared had his Rubik's Cube and provided my children additional coaching on how to solve it.

Your honor, Jared has been an encouragement to me as I made a career-pivot into technology. He is incredibly smart and also incredibly humble. He has never sought compensation for tutoring or helping me. My children have always felt comfortable around him. And my husband admires Jared's strong drive to achieve.

I appreciate your time and consideration in hearing how Jared has impacted my life, career, and family.


Sincerely,

Marcy Bursac

Ex. 14