Bekzod Tolipov
5506 Grover Ave,
Austin, TX 78756
Phone: 929-328-3198

October 22, 2022

Honorable Ronnie White
St. Louis, MO

Honorable White:

My name is Bekzod Tolipov, I am a truck operator, software developer, devoted husband, and now proud papa to an eight month old.

I first met Jared in 2019 at the University of Missouri St.Louis (UMSL) while we were studying to get our bachelor's degrees in computer science. I was impressed by his work and we quickly became fast friends. We have worked on many projects together over the years and I have seen first hand the high expectations he puts on himself.

We challenge each other to be better in both our professional and personal lives. Both of us are passionate about helping others and coming up with solutions that will change people's lives for the better. Whether it be through developing applications to end world hunger or discussing the future and how we as individuals can make a difference.

In August of 2022, Jared reached out to me about the current issue he is facing. In all honesty, I was shocked, and couldn't believe what I was hearing. Over the last few years of me knowing him he has shown himself to be someone who would never break the law. He told me he was young at the time and ashamed of himself for what he did. I fully believe he will do whatever he can to make things right and will never make that mistake again. I hope you will take this letter into consideration when you make your decision on his punishment. Thank you for your consideration.

Sincerely,

Bekzod Tolipov
Software Developer
Email: btolipov211@outlook.com

**Ex. 15**