Duc Ngo<br>
2327 Entity Avenue<br>
Saint Louis, MO 63114<br>
Phone: 314-915-4584

October 22, 2022

Honorable Ronnie White
St. Louis, MO


Honorable White:

I am Duc Ngo, working as a Web Application Developer at UGA Finance. My job involves designing and maintaining websites and system applications following clients' specifications and business needs.

I have known Jared Diehl for several years. Our first encounter was in a Web Development course back in the Fall of 2019 at the University of Missouri – St. Louis. While we were studying together, Jared was best known for being outgoing academically. He is also known for over-achiever where he always overachieves in his assignments and projects. As I get to know more about Jared over the years, we started to have a friendly rivalry to see who can overdo their projects the most. In addition, we often stayed after classes to talk about programming theory or how to improve our programming skills. We have been friends ever since.

Jared is a very hardworking and talented individual. His commitment to academically learning led him to be very knowledgeable in the programming world and many others including myself always seek out his advice. Overall, Jared will always go the extra mile to help others in need and be persistent until inquiries are resolved.

Jared contacted me back in August of this year to write a letter and told me about the mistake he made. I was very surprised to hear about it. At first, I thought it was just a practical joke to get my reaction, but as the discussion go on, I could feel him being repentant and ashamed about it. I am writing this letter in the hope you will look at my letter and the countless others you're receiving to make the final decision.

I will be happy to answer any questions you may have about my interactions with Jared.

Sincerely,

*Duc ngo*

Duc Ngo
Web Application Developer at UGA Finance
Email: dngo1996@gmail.com

**Ex. 16**