UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)　Case No. 4:22-CR00055 RLW
　　　　　　　　　　　　　　　　　　)
JARED DIEHL,　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　)

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐ **A Notice of Appeal will be filed by defense counsel within the time allowed by law.**

☒ **Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.**

☐ **The defendant declines to sign this notice.**

(**Note:**  Defense counsel should check the appropriate box(es) above.)

12-14-22　　　　　　　　　　　　　　　　　　　　　　　　　　　 #060872
Date　　　　　　　　　　　　　　　Signature of Attorney

☒ **I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.**

12-14-22
Date　　　　　　　　　　　　　　　Signature of Defendant