UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22CR00055 RLW |
| | ) |
| JARED M. DIEHL, | ) |
| | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 5, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 2253, ordering the forfeiture of any visual depiction as described in Sections 2251, 2251A, 2252, 2252A or 2260 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from said offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property; and the following property (the "Subject Property"):

    a.    Toshiba Laptop, S/N: X027898K, with hard drive.

WHEREAS, based upon the evidence in Defendant Jared Diehl's Guilty Plea Agreement and that was presented at Defendant's plea hearing, the Court finds that Defendant had an interest

in the Subject Property and that the requisite nexus exists between the Subject Property and the offense to which Defendant has pleaded guilty;

WHEREAS, in accordance with Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n)(1), notice of Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 16, 2022, and ending on January 14, 2023, and further notified all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and, to the extent practicable, direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture;

AND WHEREAS the Court has been advised that no third-party petitions have been filed claiming an interest in the property sought to be forfeited;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That Defendant is ordered to forfeit to the United States any visual depiction as described in Sections 2251, 2251A, 2252, 2252A or 2260 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from said offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

2. That the following Subject Property belonging to Defendant is hereby condemned and forfeited as to all parties, and full right, title, and interest is hereby vested in the United States of America to be disposed of according to law:

      a.      Toshiba Laptop, S/N: X027898K, with hard drive.

3. That the United States District Court shall retain jurisdiction for the purpose of enforcing this Order and permitting amendments hereto as set forth in Federal Rule of Criminal Procedure 32.2.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

So ordered this _____ day of _____ , 2023.


_____
HONORABLE RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE